1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 JOSEPH DUVANE                )   Case No. 11-CIV-2324 CMK
   xxx-xx-9607                  )
12                              )
                                )   STIPULATION AND
13                              )   ORDER EXTENDING PLAINTIFF'S
             Plaintiff,         )   TIME TO FILE SUMMARY
14                              )   JUDGEMENT MOTION
   v.                           )
15                              )
   MICHAEL J. ASTRUE            )
16 Commissioner of Social Security )
   of the United States of America, )
17                              )
             Defendant.         )
18                              )
                                )
19

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from January 30, 2012, to March 15,

22 2012. This is Plaintiff's first extension on this case and is required due to Plaintiff's counsel's impacted

23 briefing schedule and need to brief three older cases due within the next four days.

24 / / / /

25 / / / /

26 / / / /

27

28

                                           1

Dated: January 30, 2012         /s/Bess M. Brewer
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: January 30, 2012         Benjamin B. Wagner
                                United States Attorney

                                Donna L. Calvert
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ Daniel Talbert
                                Daniel Talbert
                                Special Assistant United States Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 6, 2012

                                CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE

2